JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BORGEN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAELS STORES, INC., <br><br> Defendant. | Case No. CV 10-01788GW(AGRx) <br><br> Honorable George H. Wu <br> Courtroom 10 <br><br> **ORDER RE: DISMISSAL** |

The Court having read and considered the Parties' Joint Stipulation re: Dismissal, and good cause appearing, **THEREFORE:**

**IT IS HEREBY ORDERED** that the instant action, entitled *Leslie Borgen, et al. v. Michaels Stores, Inc.*, USDC Case No. CV 10-01788 GW (AGRx) (the "Action"), shall be and hereby is dismissed with prejudice, with each Party to bear his/her/its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: May 22, 2013

_____
Hon. George H. Wu
United States District Judge

**[PROPOSED] ORDER RE: DISMISSAL**